# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 09-20673-CR-GRAHAM

/TORRES

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 853

**UNITED STATES OF AMERICA**

vs.

**LEON ANTHONY FREDERICK,**
　　　a/k/a "Smooth,"
**RONALD RODREQIZ BURKE,**
　　　a/k/a "Bert,"
**LAMAN WITHERSPOON,**
　　　a/k/a "Lemon,"
**JOE SCHMIDT ANDRE,**
　　　a/k/a "Joey,"
**WINFRED BERNARD BAILEY, JR.,**
**JAMES BARBER,**
　　　a/k/a "Teddy Red,"
**LEE ERNEST BROCK,**
　　　a/k/a "Red Car Mickey,"
**SONJA LEE BROOMFIELD,**
　　　a/k/a "DJ,"
**CURTIS BUTLER,**
　　　a/k/a "Blow,"
**BISHOP CAPERS,**
**FREDDIE LEE DAVIS, JR.,**
**REGINALD SHERONDO DAWSON,**
　　　a/k/a "Big Show,"
**NATHANIEL DONALDSON,**
**KENITH BERNARD EVANS,**
　　　a/k/a "Cuz,"
**LORENZO FANCE,**
　　　a/k/a "Sleep,"
**DONALD GRANT,**
　　　a/k/a "Big D,"
　　　a/k/a "Big Man,"
　　　a/k/a "Big Whip,"
**JASPER LITTLE, JR.,**
　　　a/k/a "Jap,"
**DONNELL FELTON MCBRIDE,**



FILED by _____ D.C.

AUG - 4 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

**GEORGE DARYL MERRELL,**
**ALBERT LEE MURPHY,**
**WIDLY PIERREVIL,**
**JOSE CONRAD SAMS,**
**ARTHUR SMITH,**
  **a/k/a "Co-Chief,"**
**NATHANIEL THOMAS, JR.,**
  **a/k/a "J-R,"**
**JIMMY LEE TUCKER, JR.,**
  **a/k/a "Bob,"**
  **a/k/a "VT,"**
**ERIC TEMERAL WATSON,**
  **a/k/a "E-WOK,"**
**JEFFREY ALEXANDER WATSON,**
**RHONDA LAVERN WILLIS,**
  **a/k/a "Peaches,"**
**OTIS WALKER,**
  **a/k/a "OT,"**

  **Defendants.**

_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

From in or around April 2007, continuing through on or about July 29, 2009, in Miami-Dade

County, in the Southern District of Florida, and elsewhere, the defendants,

**LEON ANTHONY FREDERICK,**
  **a/k/a "Smooth,"**
**RONALD RODREQIZ BURKE,**
  **a/k/a "Bert,"**
**LAMAN WITHERSPOON,**
  **a/k/a "Lemon,"**
**JOE SCHMIDT ANDRE,**
  **a/k/a "Joey,"**
**WINFRED BERNARD BAILEY, JR.,**
**JAMES BARBER,**
  **a/k/a "Teddy Red,"**
**LEE ERNEST BROCK,**

2

a/k/a "Red Car Mickey,"
**SONJA LEE BROOMFIELD,**
a/k/a "DJ,"
**CURTIS BUTLER,**
a/k/a "Blow,"
**BISHOP CAPERS,**
**REGINALD SHERONDO DAWSON,**
a/k/a "Big Show,"
**NATHANIEL DONALDSON,**
**LORENZO FANCE,**
a/k/a "Sleep,"
**DONALD GRANT,**
a/k/a "Big D,"
a/k/a "Big Man,"
a/k/a "Big Whip,"
**JASPER LITTLE, JR.,**
a/k/a "Jap,"
**DONNELL FELTON MCBRIDE,**
**GEORGE DARYL MERRELL,**
**ARTHUR SMITH,**
a/k/a "Co-Chief,"
**JIMMY LEE TUCKER, JR.,**
a/k/a "Bob,"
a/k/a "VT,"
**ERIC TEMERAL WATSON,**
a/k/a "E-WOK,"
**JEFFREY ALEXANDER WATSON,**
**RHONDA LAVERN WILLIS,**
a/k/a "Peaches,"
**and**
**OTIS WALKER,**
a/k/a "OT,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with

others known and unknown to the Grand Jury to possess with intent to distribute a controlled

substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title

21, United States Code, Section 846.

3

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(ii), it is further alleged that this violation involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(iii), it is further alleged that this violation involved fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 2

On or about April 11, 2007, in Miami Dade County, in the Southern District of Florida, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**and**
**LAMAN WITHERSPOON,**
**a/k/a "Lemon,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

On or about May 23, 2007, in Miami Dade County, in the Southern District of Florida, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**and**
**LAMAN WITHERSPOON,**
**a/k/a "Lemon,"**

4

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 4

On or about July 3, 2007, in Miami Dade County, in the Southern District of Florida, the defendants,

**LAMAN WITHERSPOON,**
**a/k/a "Lemon,"**
**and**
**CURTIS BUTLER,**
**a/k/a "Blow,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 5

On or about July 23, 2008, in Miami Dade County, in the Southern District of Florida, the defendant,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 6

On or about July 30, 2008, in Miami Dade County, in the Southern District of Florida, the defendant,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**and**
**NATHANIEL DONALDSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(iii), it is further alleged that this violation involved fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 7

On or about November 18, 2008, in Miami Dade County, in the Southern District of Florida, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**and**
**RONALD RODREQIZ BURKE,**
**a/k/a "Bert,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 8

On or about November 19, 2008, in Miami Dade County, in the Southern District of Florida, the defendant,

### JEFFREY ALEXANDER WATSON,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 9

On or about November 25, 2008, in Miami Dade County, in the Southern District of Florida, the defendants,

### LEON ANTHONY FREDERICK,
### a/k/a "Smooth,"
### and
### RONALD RODREQIZ BURKE,
### a/k/a "Bert,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

7

## COUNT 10

On or about December 4, 2008, in Miami Dade County, in the Southern District of Florida, the defendant,

**JIMMY LEE TUCKER, JR.,**
**a/k/a "Bob,"**
**a/k/a "VT,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 11

On or about December 5, 2008, in Miami Dade County, in the Southern District of Florida, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**and**
**RONALD RODREQIZ BURKE,**
**a/k/a "Bert,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 12

On or about December 9, 2008, in Miami Dade County, in the Southern District of Florida, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**and**
**RONALD RODREQIZ BURKE,**
**a/k/a "Bert,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 13

On or about December 10, 2008, in Miami Dade County, in the Southern District of Florida, the defendants,

**REGINALD SHERONDO DAWSON,**
**a/k/a "Big Show,"**
**and**
**JIMMY LEE TUCKER, JR.,**
**a/k/a "Bob,"**
**a/k/a "VT,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 14

On or about December 16, 2008, in Miami Dade County, in the Southern District of Florida, the defendant,

### ERIC TEMERAL WATSON,
### a/k/a "E-WOK,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 15

On or about January 8, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

### LEON ANTHONY FREDERICK,
### a/k/a "Smooth,"
### and
### RONALD RODREQIZ BURKE,
### a/k/a "Bert,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 16

From in or around April 2007, continuing through on or about July 29, 2009, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

10

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**RONALD RODREQIZ BURKE,**
**a/k/a "Bert,"**
**FREDDIE LEE DAVIS, JR.,**
**ALBERT LEE MURPHY,**
**JOSE CONRAD SAMS,**
**NATHANIEL THOMAS, JR.,**
**a/k/a "J-R,"**
**and**
**JEFFREY ALEXANDER WATSON,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 17

On or about January 13, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**FREDDIE LEE DAVIS, JR.,**
**ALBERT LEE MURPHY,**
**JOSE CONRAD SAMS,**
**NATHANIEL THOMAS, JR.,**
**a/k/a "J-R,"**
**and**
**JEFFREY ALEXANDER WATSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

11

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 18

On or about January 15, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

**JIMMY LEE TUCKER, JR.,**
**a/k/a "Bob,"**
**a/k/a "VT,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 19

On or about February 7, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

**RONALD RODREQIZ BURKE,**
**a/k/a "Bert,"**
**and**
**BISHOP CAPERS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 20

On or about February 9, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**RONALD RODREQIZ BURKE,**
**a/k/a "Bert,"**
**and**
**LEE ERNEST BROCK,**
**a/k/a "Red Car Mickey,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 21

From in or around April 2007, continuing through on or about July 29, 2009, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**KENITH BERNARD EVANS,**
**a/k/a "Cuz,"**
**ALBERT LEE MURPHY,**
**and**
**WIDLY PIERREVIL,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

13

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 22

On or about March 10, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**KENITH BERNARD EVANS,**
**a/k/a "Cuz,"**
**ALBERT LEE MURPHY,**
**and**
**WIDLY PIERREVIL,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 23

On or about March 11, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**and**
**NATHANIEL DONALDSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

14

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 24

On or about March 11, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

**DONALD GRANT,**
**a/k/a "Big D,"**
**a/k/a "Big Man,"**
**a/k/a "Big Whip,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 25

On or about March 12, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**WINFRED BERNARD BAILEY, JR.,**
**and**
**JAMES BARBER,**
**a/k/a "Teddy Red,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved five hundred grams or more of a mixture and substance containing a detectable amount of cocaine.

## COUNT 26

On or about March 17, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LAMAN WITHERSPOON,**
**a/k/a "Lemon,"**
**JASPER LITTLE, JR.,**
**a/k/a "Jap,"**
**and**
**ARTHUR SMITH,**
**a/k/a "Co-Chief,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 27

On or about March 21, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

**LAMAN WITHERSPOON,**
**a/k/a "Lemon,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

### COUNT 28

On or about April 1, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LAMAN WITHERSPOON,**
**a/k/a "Lemon,"**
**JASPER LITTLE, JR.,**
**a/k/a "Jap,"**     .
**and**
**ARTHUR SMITH,**
**a/k/a "Co-Chief,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

### COUNT 29

On or about April 2, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**and**
**RONALD RODREQIZ BURKE,**
**a/k/a "Bert,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

17

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 30

On or about April 8, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LAMAN WITHERSPOON,**
**a/k/a "Lemon,"**
**LORENZO FANCE,**
**a/k/a "Sleep,"**
**and**
**GEORGE DARYL MERRELL,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 31

On or about April 8, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**and**
**RONALD RODREQIZ BURKE,**
**a/k/a "Bert,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 32

On or about April 15, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

### LEON ANTHONY FREDERICK,
### a/k/a "Smooth,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(iii), it is further alleged that this violation involved fifty grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 33

On or about April 29, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

### JOE SCHMIDT ANDRE,
### a/k/a "Joey,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 34

On or about May 7, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

### DONNELL FELTON MCBRIDE,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 35

On or about May 13, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

### DONNELL FELTON MCBRIDE,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 36

On or about May 13, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

### LAMAN WITHERSPOON,
### a/k/a "Lemon,"
### JASPER LITTLE, JR.,

20

> **a/k/a "Jap,"**
> **ARTHUR SMITH,**
> **a/k/a "Co-Chief,"**
> **and**
> **OTIS WALKER,**
> **a/k/a "OT,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine base, also

known as "crack cocaine."

## COUNT 37

On or about May 14, 2009, in Miami Dade County, in the Southern District of Florida, the

defendants,

> **LAMAN WITHERSPOON,**
> **a/k/a "Lemon,"**
> **JASPER LITTLE, JR.,**
> **a/k/a "Jap,"**
> **ARTHUR SMITH,**
> **a/k/a "Co-Chief,"**
> **and**
> **OTIS WALKER,**
> **a/k/a "OT,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation

of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine base, also

known as "crack cocaine."

## COUNT 38

On or about May 18, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LAMAN WITHERSPOON,**
**a/k/a "Lemon,"**
**JASPER LITTLE, JR.,**
**a/k/a "Jap,"**
**and**
**ARTHUR SMITH,**
**a/k/a "Co-Chief,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 39

On or about May 20, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LEON ANTHONY FREDERICK,**
**a/k/a "Smooth,"**
**and**
**SONJA LEE BROOMFIELD,**
**a/k/a "DJ,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

22

## COUNT 40

On or about May 21, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

### DONNELL FELTON MCBRIDE,

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 41

On or about May 21, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

### LAMAN WITHERSPOON,
### a/k/a "Lemon,"
### JASPER LITTLE, JR.,
### a/k/a "Jap,"
### ARTHUR SMITH,
### a/k/a "Co-Chief,"
### and
### OTIS WALKER,
### a/k/a "OT,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 42

On or about June 3, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LAMAN WITHERSPOON,**
**a/k/a "Lemon,"**
**JASPER LITTLE, JR.,**
**a/k/a "Jap,"**
**and**
**ARTHUR SMITH,**
**a/k/a "Co-Chief,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 43

On or about June 8, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

**JOE SCHMIDT ANDRE,**
**a/k/a "Joey,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 44

On or about June 10, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

**SONJA LEE BROOMFIELD,**
**a/k/a "DJ,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 45

On or about June 6, 2009, in Miami Dade County, in the Southern District of Florida, the defendants,

**LAMAN WITHERSPOON,**
**a/k/a "Lemon,"**
**GEORGE DARYL MERRELL,"**
**and**
**ARTHUR SMITH,**
**a/k/a "Co-Chief,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

25

## COUNT 46

On or about July 1, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

### ERIC TEMERAL WATSON,
### a/k/a "E-WOK,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## COUNT 47

On or about July 29, 2009, in Miami Dade County, in the Southern District of Florida, the defendant,

### REGINALD SHERONDO DAWSON,
### a/k/a "Big Show,"

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved five grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine."

## FORFEITURE

1.      The allegations of Counts 1 through 47 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants have an interest.

26

2.     Upon conviction of any violation of Title 21, United States Code, Sections 846 and 841, as alleged in Counts 1 through 47 of this Indictment, the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds which the defendants obtained, directly or indirectly, as the result of such violation and any property which was used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, such violations, pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2).

3.     The property which is subject to forfeiture includes, but is not limited to, the following:

a.     The real property known and numbered as 1190 N.W. 179th Terrace, Miami, Miami-Dade County, Florida, with all appurtenances, improvements and attachments thereon;

b.     One (1) 2008 Black Infiniti FX 35, Vehicle Identification Number ("V.I.N.") JNRAS08U58X100345;

c.     One (1) 2004 Land Rover Range Rover HSE, V.I.N. SALME11464A141822;

d.     One (1) 2003 Cadillac Escalade, V.I.N. 1GYEK63N93R103485;

e.     One (1) 2004 Chevrolet Impala, V.I.N. 2G1WF52E149354645;

f.     One (1) 2007 Nissan Titan, V.I.N. 1N6BA07A17N218477;

g.     One (1) a 2008 Pontiac Grand Prix, V.I.N. 6G2EC57Y38L138168;

h.     All principal, deposits, interest, dividends and other amounts credited to account number 003660009053 held at Bank of America in the name of Leon A. Frederick;

i.     All principal, deposits, interest, dividends and other amounts credited to account number 898014830245 held at Bank of America in the name of Leon A. Frederick;

j.     All principal, deposits, interest, dividends and other amounts credited to

27

account number 003440196898 held at Bank of America in the name of Leon A.

Frederick/L.A. Frederick Lawn Services;

k.      All principal, deposits, interest, dividends and other amounts credited to

account number 001465991765 held at Bank of America in the name of Leon A.

Frederick;

l.      All principal, deposits, interest, dividends and other amounts credited to

account number 003766107082 held at Bank of America in the name of Leon A.

Frederick;

m.      All principal, deposits, interest, dividends and other amounts credited to

account number 91000098509137 held at Bank of America in the name of Leon A.

Frederick;

n.      All principal, deposits, interest, dividends and other amounts credited to

account number 91000105920984 held at Bank of America in the name of Leon A.

Frederick;

o.      All principal, deposits, interest, dividends and other amounts credited to

account number 910000128294338 held at Bank of America in the name of Leon A.

Frederick;

p.      All principal, deposits, interest, dividends and other amounts credited to

account number 898014830245 held at Bank of America in the name of Leon A.

Frederick;

q.      All principal, deposits, interest, dividends and other amounts credited to

account number 898019321775 held at Bank of America in the name of Leon A.

Frederick; and

28

r.     Approximately $52,000.00 in United States Currency seized on March 10, 2009.

4.     If the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to the value of the property described in subparagraphs (a) through (e) of this paragraph and, in addition, to require the defendants to return any such property to the jurisdiction of the Court for seizure and for forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY

29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

LEON ANTHONY FREDERICK, et al.,

Defendants.
_____/

CASE NO. _____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | | | | New Defendant(s) | Yes _____ | No ____ |
| X | Miami | ____ | Key West | | | Number of New Defendants | _____ | |
| ____ | FTL | ____ | WPB | | FTP | Total number of counts | _____ | |

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     No
    List language and/or dialect    _____

4.  This case will take     21     days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

| | | | | (Check only one) | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | |
| III | 11 to 20 days | _____ | Misdem. | |
| IV | 21 to 60 days | X | Felony | X |
| V | 61 days and over | | | |

6.  Has this case been previously filed in this District Court? (Yes or No)     No
    If yes:
    Judge: _____     Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)     No
    If yes:
    Magistrate Case No. _____
    Related Miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the _____     District of _____

    Is this a potential death penalty case? (Yes or No)     No

7.  Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     _____ Yes     No   No

8.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____ Yes     No   No

_____
ANDREA G. HOFFMAN
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5500885

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  LEON ANTHONY FREDERICK, a/k/a "Smooth"**

**Case No:** _____

Count  # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty:**    Life Imprisonment

Counts # 2 - 3

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:**    Twenty Years' Imprisonment

Count # 5

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:**    Forty Years' Imprisonment

Count # 6

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:**    Life Imprisonment

**Defendant's Name:  LEON ANTHONY FREDERICK, a/k/a "Smooth"**

Count # 7

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 9

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Counts # 11 - 12

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 15

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count  # 16

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Forty Years' Imprisonment

Defendant's Name:  **LEON ANTHONY FREDERICK, a/k/a "Smooth"**

Count # 20

  Conspiracy to possess with intent to distribute cocaine base

   Title 21, United States Code, Section 846

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 21

  Possession with intent to distribute cocaine.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 22

  Possession with intent to distribute cocaine.

   Title 21, United States Code, Section 841(a)(1)

**\* Max. Penalty**:    Forty Years' Imprisonment

Count # 23

  Possession with intent to distribute cocaine.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 25

  Possession with intent to distribute cocaine.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**Defendant's Name:  LEON ANTHONY FREDERICK, a/k/a "Smooth"**

Count # 29

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

Count # 31

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

Count # 32

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Life Imprisonment

Count # 39

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Twenty Years' Imprisonment


**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** **RONALD RODREQIZ BURKE, a/k/a "Bert"**

**Case No**: _____

Count # 1

Conspiracy to possess with intent to distribute cocaine and cocaine base.

Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 7

Possession with intent to distribute cocaine base.

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 9

Possession with intent to distribute cocaine base.

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 11

Possession with intent to distribute cocaine base.

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

**Defendant's Name: RONALD RODREQIZ BURKE, a/k/a "Bert"**

Count # 12

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Twenty Years' Imprisonment

Count # 15

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Twenty Years' Imprisonment

Count  # 16

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:     Forty Years' Imprisonment

Count # 19

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Twenty Years' Imprisonment

Count # 20

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

Defendant's Name:  **RONALD RODREQIZ BURKE, a/k/a "Bert"**

Count # 29

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 31

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  LAMAN WITHERSPOON, a/k/a "Lemon"**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 2

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 3

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 4

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**Defendant's Name:  LAMAN WITHERSPOON, a/k/a "Lemon"**

Count # 26

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 27

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 28

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max. Penalty**:    Forty Years' Imprisonment

Count # 30

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 36

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

**Defendant's Name**:  **LAMAN WITHERSPOON, a/k/a "Lemon"**

Count # 37

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 38

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 41

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 42

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 45

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  JOE SCHMIDT ANDRE, a/k/a "Joey"**

**Case No**: _____

Count  # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 33

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 43

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **WINFRED BERNARD BAILEY, JR.**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 25

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   JAMES BARBER, a/k/a "Teddy Red"**

**Case No**: _____

Count  # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 25

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  LEE ERNEST BROCK, a/k/a "Red Car Mickey"**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 20

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment


**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **SONJA LEE BROOMFIELD, a/k/a "DJ"**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:     Life Imprisonment

Count # 39

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Twenty Years' Imprisonment

Count # 44

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name:   CURTIS BUTLER, a/k/a "Blow"**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 4

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name: BISHOP CAPERS**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 19

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: **FREDDIE LEE DAVIS, JR.**

**Case No**: _____

Count # 16

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:      Forty Years' Imprisonment

Count # 17

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:      Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  REGINALD SHERONDO DAWSON, a/k/a "Big Show"**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 13

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 47

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  NATHANIEL DONALDSON**

**Case No**: _____

Count # 1

   Conspiracy to possess with intent to distribute cocaine and cocaine base.

   Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 6

   Possession with intent to distribute cocaine base.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Life Imprisonment

Count # 23

   Possession with intent to distribute cocaine.

   Title 21, United States Code, Section 841(a)(1)

**\* Max. Penalty**:    Twenty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   KENITH BERNARD EVANS, a/k/a "Cuz"**

**Case No**: _____

Count # 21

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 22

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  LORENZO FANCE, a/k/a "Sleep"**

**Case No**: _____

Count  # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

   Title 21, United States Code, Section 846

**\* Max.Penalty**:     Life Imprisonment

Count # 30

  Possession with intent to distribute cocaine base.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  DONALD GRANT, a/k/a "Big D," a/k/a "Big Man," a/k/a "Big Whip"**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 24

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: **JASPER LITTLE, JR., a/k/a "Jap"**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 26

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 28

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 36

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

**Defendant's Name: JASPER LITTLE, JR., a/k/a "Jap"**

Count # 37

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 38

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 41

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 42

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:**  **DONNELL FELTON MCBRIDE**

**Case No**: _____

Count  # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:     Life Imprisonment

Count # 34

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max. Penalty**:     Forty Years' Imprisonment

Count # 35

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

Count # 40

  Possession with intent to distribute  cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  GEORGE DARYL MERRELL**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

   Title 21, United States Code, Section 846

**\* Max.Penalty**:     Life Imprisonment

Count # 30

  Possession with intent to distribute cocaine base.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

Count # 45

  Possession with intent to distribute cocaine base.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:   ALBERT LEE MURPHY**

**Case No**: _____

Count # 21

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:     Forty Years'  Imprisonment

Count # 22

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  WIDLY PIERREVIL**

**Case No**: _____

Count # 21

  Conspiracy to possess with intent to distribute cocaine.

   Title 21, United States Code, Section 846

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 22

  Possession with intent to distribute cocaine.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  JOSE CONRAD SAMS**

**Case No**: _____

Count # 16

  Conspiracy to possess with intent to distribute cocaine.

   Title 21, United States Code, Section 846

**\* Max.Penalty**:     Forty Years' Imprisonment

Count # 17

  Possession with intent to distribute cocaine.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  ARTHUR SMITH, a/k/a "Co-Chief"**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

   Title 21, United States Code, Section 846

**\* Max.Penalty**:     Life Imprisonment

Count # 26

  Possession with intent to distribute cocaine base.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

Count # 28

  Possession with intent to distribute cocaine base.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

Count # 36

  Possession with intent to distribute cocaine base.

   Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Twenty Years' Imprisonment

**Defendant's Name:  ARTHUR SMITH, a/k/a "Co-Chief"**

Count # 37

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 38

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 41

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count # 42

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  NATHANIEL THOMAS, JR., a/k/a "J-R"**

**Case No**: _____

Count # 16

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:     Forty Years' Imprisonment

Count # 17

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:     Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:   JIMMY LEE TUCKER JR., a/k/a "Bob," a/k/a "VT"**

**Case No**: _____

Count  # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 10

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 13

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 18

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:  ERIC TEMERAL WATSON, a/k/a "E-WOK"**

**Case No**: _____

Count # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 14

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Twenty Years' Imprisonment

Count # 46

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  JEFFREY ALEXANDER WATSON**

**Case No:** _____

Count  # 1

  Conspiracy to possess with intent to distribute cocaine and cocaine base.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Life Imprisonment

Count # 8

  Possession with intent to distribute cocaine base.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

Count  # 16

  Conspiracy to possess with intent to distribute cocaine.

  Title 21, United States Code, Section 846

**\* Max.Penalty**:    Forty Years' Imprisonment

Count  # 17

  Possession with intent to distribute cocaine.

  Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty**:    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:  RHONDA LAVERN WILLIS, a/k/a "Peaches"**

**Case No**: _____

Count # 1

 Conspiracy to possess with intent to distribute cocaine and cocaine base.

 Title 21, United States Code, Section 846

**\* Max.Penalty**:     Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **OTIS WALKER, a/k/a "OT"**

**Case No:** _____

Count # 1

Conspiracy to possess with intent to distribute cocaine and cocaine base.

Title 21, United States Code, Section 846

**\* Max.Penalty:**    Life Imprisonment

Count # 36

Possession with intent to distribute cocaine base.

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:**    Twenty Years' Imprisonment

Count # 37

Possession with intent to distribute cocaine base.

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:**    Twenty Years' Imprisonment

Count # 41

Possession with intent to distribute cocaine base.

Title 21, United States Code, Section 841(a)(1)

**\* Max.Penalty:**    Forty Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**