UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20673-GRAHAM(s)(s)

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LEON A. FREDERICK,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's Motion to Suppress Wiretap Evidence and Other Evidence Under "Fruits of the Poisonous Tree" Doctrine, (D.E. 539) and Defendant's Second Motion to Suppress Physical Evidence, (D.E. 573).

**THE MATTER** was referred to Magistrate Judge Edwin G. Torres United States Magistrate Judge on January 27, 2010 and February 3, 2010. A Report and Recommendation was filed recommending that Defendant Frederick's Motions to Suppress Evidence be **Denied**.

The Court has conducted an independent review of the record as well as the objections filed on behalf of the Defendant, (D.E. 899). Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant Frederick's Objections to Magistrate Judge Edwin G. Torres Report and Recommendation are **OVERRULED**, it is further

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **AFFIRMED and APPROVED** in its entirety.

DONE AND ORDERED in Chambers at Miami, Florida, this 6th day of May, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Torres
        Andrea Hoffman, AUSA
        Martin A. Feigenbaum, Esq.