UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 09-20673-CR-GRAHAM(s)(s)

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LEON ANTHONY FREDERICK,

        Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defense Counsel's CJA Voucher for Attorney's Fees.

**THE MATTER** was referred to Magistrate Judge Peter R. Palermo on November 10, 2010. A Report and Recommendation was filed on January 18, 2011 recommending payment in the amount of **$51,216.34** as to **voucher number FLS092541**. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Peter R. Palermo, is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of January, 2011.

                              DONALD L. GRAHAM
                              UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Palermo
        Martin Feigenbaum, Esq.